

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT EARL NOBLE,<br>　　Petitioner, | ) | Civil Action No. 7:12-cv-00208 |
| v. | ) | **ORDER** |
| UNKNOWN,<br>　　Respondent. | ) | By: Hon. Jackson L. Kiser<br>　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner is **GRANTED** leave to proceed in forma pauperis; the petition for a writ of mandamus is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

　　ENTER: This 23rd day of May, 2012.

　　　　　　　　　　　　　　　　　　　　／s／ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge